# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>GEORGE BRATSENIS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:15mj23(HBF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 29, 2014__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Secs. 922(g)(1) and 924(a)(1) | Being a Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Zuk, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/10/2015

/s/ Holly B. Fitzsimmons, USMJ
*Judge's signature*

City and state: Bridgeport, CT

Hon. Holly B. Fitzsimmons, US Magistrate Judge
*Printed name and title*