UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GRAND JURY B-14-1

2015 MAR -4 P 12: 38

UNITED STATES OF AMERICA

v.

GEORGE BRATSENIS

CRIMINAL NO.
US DISTRICT COURT
BRIDGEPORT CT
VIOLATION: 3:15CR34 (WWE)

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Unlawful Possession of Ammunition by a Felon)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Unlawful Possession of Ammunition by a Felon)

1. On or about September 29, 2014, in the District of Connecticut, defendant GEORGE BRATSENIS, having been convicted in the United States District Court for the District of Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: Conspiracy to Commit Bank Robbery, in violation of Title 18, United States Code, Section 371, and Bank Robbery with Violence, in violation of Title 18, United States Code, Section 2113(d), on December 6, 1984, did knowingly possess ammunition in and affecting commerce, namely, nine Aguila .32 caliber full metal jackets; seven Winchester 20 gauge shotgun shells; and seven ELEY .22 caliber bullets, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearm Offense)

2. Upon conviction of the offense alleged in Count One of this Indictment, defendant GEORGE BRATSENIS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: nine Aguila .32 caliber full metal jackets; seven Winchester 20 gauge shotgun shells; and seven ELEY .22 caliber bullets.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

AMY C. BROWN
ASSISTANT UNITED STATES ATTORNEY