DOCKET NO. 3:15CR34 (WWE)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, BRIDGEPORT CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, TO TURN OVER TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT AND THE SPECIAL AGENTS AND TASK FORCE OFFICERS OF THE FEDERAL BUREAU OF INVESTIGATION, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S :

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Federal Bureau of Investigation, or any of his proper deputies, the body of **GEORGE BRATSENIS, Inmate No. 51139,** now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Federal Bureau of Investigation, or any of his proper deputies, may bring said **GEORGE BRATSENIS, Inmate No. 51139** to the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut on Friday, March 13, 2015 at 2:30 P.M. and anytime after. The United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Federal Bureau of Investigation, or any of his proper deputies are to keep and maintain the said **GEORGE BRATSENIS, Inmate No. 51139**, until he may be returned to the custody of the Warden of Bridgeport Correctional Center, Bridgeport, Connecticut.

ROBERTA D. TABORA
CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at Bridgeport, Connecticut, this __12__ day of March, 2015.

_____[signature]_____
DEPUTY CLERK

/s/ Holly B. Fitzsimmons
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3/12 20 15
Roberta D. Tabora, Clerk
By *illegible signature*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : DOCKET NO.

V. :

GEORGE BRATSENIS : MARCH 12, 2015

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Tracy Dayton, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On FRIDAY, MARCH 13, 2015 at 2:30 p.m., there will come before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, at Bridgeport, Connecticut, the criminal case of UNITED STATES V. GEORGE BRATSENIS.

2. That the above named defendant, GEORGE BRATSENIS, Inmate No. 51139, is charge with a violation of 18 U.S.C. § 922(g)(1) and 924(a) A Felon in Possession of Ammunition.

3. That the said GEORGE BRATSENIS is now confined at the Bridgeport Correctional Center, Bridgeport, Connecticut.

That the said GEORGE BRATSENIS should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Bridgeport Correctional Center, Bridgeport, Connecticut and the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Federal Bureau of Investigation, or any of his proper deputies, ordering them to produce the said GEORGE BRATSENIS (Inmate No. 51139) at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on FRIDAY, MARCH 13, 2015 at 2:30 p.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

TRACY DAYTON
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 LAFAYETTE BOULEVARD, 10TH FLOOR
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. phv02206