AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
| v. | ) |
| George Bratsenis | ) Case No. 3:15cr34 (WWE) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* George Bratsenis

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  3rd ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC Sections 922(g)(1) and 924(a)(2) Unlawful Possession of Ammunition by a Felon, 18: 371 Conspiracy to Commit Bank Robery, 18:2113(a), 2113(d) Armed Bank Robbery, 2119(1) and 2 Carjacking

Date: 07/24/2015

_Issuing officer's signature_

City and state: Bridgeport, Connecticut

Kenneth R. Ghilardi, Deputy Clerk
_Printed name and title_

FILED 2015 SEP 9 PM 2 15 U.S. DISTRICT COURT NEW HAVEN, CT.

### Return

This warrant was received on *(date)* 7/24/15, and the person was arrested on *(date)* 8/19/15
at *(city and state)* BRIDGEPORT, CT.

Date: 8/19/15

_Arresting officer's signature_

MICHAEL NOVAK USMS DEP. COORD. USMS
_Printed name and title_