UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM NO. 3:15CR34(JAM) |
| | : | |
| v. | : | |
| GEORGE BRATSENIS | : | FEBRUARY 25, 2016 |

## CONSOLIDATED MOTION FOR DISCLOSURE OF EXPERT WITNESSES AND INSPECTION OF PROPERTY SEIZED

The Defendant, GEORGE BRATSENIS, hereby moves pursuant to Section (A)(6) and (D) of the Standing Order on Discovery for the District of Connecticut and Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure for the government's disclosure of all the names and addresses of the Government's expert witnesses expected to be called at trial. For each expert witness, the Defendant requests that the Government provide the identity, qualifications, and the basis for his or her opinions. In particular, the defense anticipates the Government to proffer expert testimony regarding "cellular networks and historical data analysis." (Gov. Trial Memo, p. 2 paragraph A). Additionally, the defense anticipates expert testimony regarding the Government's cell phone data collection efforts and forensic analysis and specifically requests any chain of custody documentation to that end.

Under Rule 16(a)(1)(E), the Defendant would also like to reserve the right to inspect Mr. Bratsenis' property seized following his arrest and subsequent search,

specifically but not limited to Mr. Bratsenis' cell phone and the other co-defendants' cell phones in this case for forensic analysis.

Rule 16(a)(1)(E), Fed. R. Crim. P., specifically provides that, upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:

| | | |
|---|---|---|
| (i) | The item is material to preparing the defense; | |
| (ii) | The government intends to use the item in its case-in-chief at trial; or | |
| (iii) | The item was obtained from or belongs to the defendant. | |

Mr. Bratsenis' cell phone, as his property, falls squarely within (iii) of discovery rules. See *United States v. Mohamed*, No. 13-CR-527(WFK), 2015 WL 7738016, at *7 (E.D.N.Y. Dec. 1, 2015). The Defendant would similarly like to reserve the right to inspect other co-defendant's and any cell phones, data storage, or SIM cards belonging to any Government witnesses to the extent the Government plans to use them in its case in chief.

**WHEREFORE**, the Defendant respectfully moves that this motion for disclosure of all the names and addresses of the Government's expert witnesses and for inspection, be granted.

                THE DEFENDANT
                GEORGE BRATSENIS

By    /s/ Charles L. Kurmay_____
      CHARLES L. KURMAY
      THE LAW OFFICES OF CHARLES L. KURMAY
      3000 MAIN STREET
      STRATFORD, CT  06614
      FED BAR ct20180
      (203) 380-1743  (phone)
      (203) 380-0293  (fax)
      ckurmay@snet.net  (email)

## **CERTIFICATION**

I hereby certify that on February 25, 2016, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/_Charles L. Kurmay_____
        CHARLES L. KURMAY
        THE LAW OFFICES OF CHARLES L. KURMAY