**UNITED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM NO. 3:15CR34(JAM) |
| | : | |
| v. | : | |
| | | |
| GEORGE BRATSENIS | : | FEBRUARY 25, 2016 |

**MOTION FOR LEAVE AND EXTENSION OF TIME**
**TO FILE ADDITIONAL MOTIONS**

Pursuant to Rule 12(c)(2), Fed. R. Crim. P., the Defendant, by and through his undersigned counsel, hereby respectfully moves to request leave to file additional substantive motions as may be deemed necessary by the Defendant.

In support of said motion, counsel asserts that additional matters may come to the attention of counsel during trial preparation, which may necessitate the filing of additional motions. Specifically, the defense expects additional discovery will be provided pursuant to the Government's obligations under *Jencks*, *Brady*, and *Giglio* as requested in the Defendant's Motion for Order of Discovery. As such, the defense counsel cannot at this time anticipate all of the Defendant's needs to file in light of the fact that not all the discovery has been disclosed to date.

Additionally, the Government has represented to defense counsel that it will be providing additional discovery, including but not limited to prison records related to George Bratsenis' confinement for a prior bank robbery conviction. Although, the defense does not anticipate the filing of any additional substantive motions, undersigned counsel

files this motion out of abundance of caution in anticipation of having to review additional discovery.

WHEREFORE, the defendant moves this motion be granted so as not to infringe on the Defendant's Sixth Amendment right to effective assistance of counsel.

RESPECTFULLY SUBMITTED,

THE DEFENDANT, GEORGE BRATSENIS

By    /S/   Charles L. Kurmay
     CHARLES L. KURMAY, ESQ.
     3000 MAIN STREET
     STRATFORD, CT 06614
     FEDERAL BAR NO. CT 20180
     (203) 380-1743 (phone)
     ckurmay@snet.net (email)

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

   /S/   Charles L. Kurmay