UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-cr-00034-JAM-1 |
| | : | |
| v. | : | |
| | : | |
| GEORGE BRATSENIS | : | OCTOBER 9, 2020 |

## MOTION TO CONTINUE AND TO AMEND SCHEDULING ORDER

The Defendant, by and through counsel, hereby respectfully requests that the Court continue the Defendant's sentencing and amend its current sentencing schedule for good cause shown. Defense counsel needs additional time to address sentencing issues with the Government and to compile information and to obtain records, medical and otherwise necessary to represent Mr. Bratsenis adequately at the time of sentencing. Therefore, the undersigned respectfully requests that the current sentencing schedule in the matter be amended as follows:

    A.    First Disclosure-PSI due 11/2/2020;

    B.    Objections Due 11/16/2020;

    C.    2nd-Disclosure PSI due 11/30/2020;

    D.    Defendant's Sentencing Memorandum due 12/3/2020;

    E.    Government's Response due 12/15/2020; and

    F.    Sentencing to be held in latter December or January as the Court's schedule allows.

The Government consents to the granting of this motion.

                    RESPECTFULLY SUBMITTED,
                    THE DEFENDANT, GEORGE BRATSENIS

By      /S/
           CHARLES L. KURMAY
           61 CHERRY STREET
           MILFORD, CT 06460
           FEDERAL BAR NO. CT 20180
           Phone: (203) 380-1743
           chuck@charleskurmay.com

           HIS ATTORNEY

## CERTIFICATION

      I hereby certify that on October 9, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing may be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/
CHARLES L. KURMAY, ESQ.