# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-cr00034 (JAM) |
| | : | |
| v. | : | |
| | : | |
| GEORGE BRATSENIS | : | NOVEMBER 18, 2020 |

## MOTION TO FILE UNDER SEAL

The Defendant, George Bratsenis by and through his undersigned counsel, hereby respectfully requests that the Motion for Order and Exhibits attached thereto be sealed as they contain information pertaining to the Defendant's health and medical records.

WHEREFORE, the Defendant requests that his Motion for Order and Exhibits be sealed.

                            THE DEFENDANT, GEORGE BRATSENIS

                            By _____/s/_____
                               CHARLES L. KURMAY
                               61 CHERRY STREET
                               MILFORD, CT
                               CT NO. 20180
                               (203) 380-1743 (phone)
                               Chuck@charleskurmay.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served by first class mail, postage prepaid, upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system**.**

                                                                                                    /s/
                                                                                             Charles L. Kurmay, Esq.