UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-CR-34 (JAM) |
| vs. | : | |
| GEORGE BRATSENIS | : | DECEMBER 2, 2020 |

## MOTION TO CONTINUE SENTENCING HEARING

The Defendant, by and through counsel, hereby respectfully requests that the Court extend the sentencing hearing which is currently scheduled for December 17, 2020 until February of 2021. The undersigned needs the additional time to address sentencing issues including obtaining new medical records last week which present new insights into his cancer diagnosis and treatment. The government has no objection to the continuation of this matter.

Wherefore, the undersigned counsel respectfully requests that the sentencing hearing in this matter be continued until sometime in February of 2021.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
GEORGE BRATSENIS

By  /s/ ct20180
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
61 Cherry Street
Milford, CT 06460
Tel: (203) 380-1743
Fax: (203) 380-0293
Federal Bar No.: ct20180
E-mail: Chuck@charleskurmay.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.



/s/ Charles L. Kurmay