## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:15-CR-34 (JAM)** |
| **V.** | : | |
| **GEORGE BRATSENIS** | : | **FEBRUARY 19, 2021** |

### MOTION TO CONTINUE SENTENCING

The Defendant, by and through counsel, hereby respectfully requests that the Court extend the sentencing hearing which is currently scheduled for February 25, 2021 to April 2021. The undersigned needs the additional time to address issues that have arisen in obtaining the defendant's full medical records. Additionally, the undersigned has had great difficulty scheduling a meeting with the defendant due to the ongoing COVID-19 pandemic. The undersigned has consulted with the Government, who consents to the granting of this motion.

WHEREFORE, the undersigned counsel respectfully requests that the sentencing hearing in this matter be continued until sometime in April 2021.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
GEORGE BRATSENIS

By /s/ ct20180_____
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
61 Cherry Street
Milford, CT 06460
Tel: (203) 380-1743
Fax: (203) 380-0293
Federal Bar No.: ct20180
E-mail: Chuck@charleskurmay.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

/s/ Charles L. Kurmay