UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:15-CR-34 (JAM)** |
| **V.** | : | |
| **GEORGE BRATSENIS** | : | **APRIL 15, 2021** |

## MOTION TO CONTINUE SENTENCING

The Defendant, by and through counsel, hereby respectfully requests that the Court extend the sentencing hearing which is currently scheduled for April 20, 2021 by sixty (60) days. The undersigned needs the additional time to address sentencing issues related to mitigation for the Defendant, much of which has been delayed by the pandemic. Counsel is also not personally available on the upcoming date due to scheduling conflict personal to him. The Government has no objection to this motion being granted.

WHEREFORE, the undersigned counsel respectfully requests that the sentencing hearing in this matter be continued until sometime in June of 2021.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
GEORGE BRATSENIS

By /s/ ct20180_____
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
61 Cherry Street
Milford, CT 06460
Tel: (203) 380-1743
Fax: (203) 380-0293
Federal Bar No.: ct20180
E-mail: Chuck@charleskurmay.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

/s/ Charles L. Kurmay