Federal Bureau of Prisons,
Director, M.D. Carvajal,                    March 27, 2021

Good Day To You! I'm truly sorry to intrude upon your peace of mind. When it comes to my health and welfare, I pay attention.
My name is George Bratsenis, #07368-014, 1-10-49, Veteran – Semper Fi. I was arrested 9-28-2014. Been in jail since. I arrived at MCC New York, 8-15-2019. MCC New York is the worst hell hole I've ever saw in my 72 years of life. It's truly sad. Inhumane, etc. I've been through fires (three) lock downs in cell, 24 hour days, cold baloney card board sandwiches served 86 straight days, for lunch and dinner meals. At times I was so upset, I forgot where I was. I said to myself – self this is not the great U.S.A.? But when one lives it, feels it, it's one hell of a reality check. In 2016 I was told – I have prostate cancer. It took me three years to get a second opinion. I was taken to see cancer specialist's in Brooklyn Hospital. They all talked about surgery. I'm against letting somebody go upside, inside my body and cut up my body. Amen! I've been blessed in my life, nothing serious, no stays in hospitals in society. I'm proud to say that at 72 years of life. Amen!
Here in New York City – they

HAVE ONE OF THE FINEST CANCER HOSPITALS. MEMORIAL SLOANE AND KETTERING CANCER CENTER, LOCATED AT THE CORNER OF 38th STREET AND BROADWAY. THEY SPECIALIZE IN TREATMENT OF CANCER WITH NO SURGERY. ONLY PROBLEM THEY DO NOT DEAL WITH JAILS, PRISONERS. SO COMING THIS SUMMER 2021 MY LAWYER CHARLES KURMAY, 203-380-1743 OF MILFORD CONNECTICUT WILL BE SUBMITTING A MEDICAL DISCHARGE MOTION, IN THE FEDERAL COURT-HOUSE IN NEW HAVEN CT. IN FRONT OF HONORABLE JUDGE JEFFREY A. MEYER. I HEARD THE F.B.O.P., HELPS PEOPLE WITH CANCER, GET RELEASED FROM PRISON, WITH A MEDICAL DISCHARGE. IS THAT TRUE. COULD YOU PLEASE HELP ME OUT. THANK YOU.

I HAVE TALKED TO DOCTOR BEAUDOIN ABOUT GETTING A BLOOD TEST THE BEGINNING OF THIS YEAR. NO LUCK SO FAR. MEANTIME 3-10-2021 THEY HAD DOCTORS COME IN FROM OHIO TO HELP OUT. THEY BLOOD TESTED OVER 40 INMATES. NOT ME. I EXPLAINED TO THE DOCTOR, THE CANCER SPECIALIST TOLD ME TO GET BLOOD TESTED EVERY THREE MONTHS. HE MIGHT HAVE HEARD ME — WHO KNOWS — IT COULD HAVE WENT IN HIS RIGHT EAR — AND RIGHT OUT HIS LEFT EAR. DUH !

Watching ones PSA numbers are important to a cancer person.

Since arriving here at MCC New York – 8-15-2019, I've seen a street eye doctor over five times. He told me I need stronger glasses. He did the paper work for me to get them. To date – no glasses have come to me... Please help.

When a group of guards in black, from other prisons – goon squads. And Marshalls dressed in green – torn MCC New York – apart in March 2020 – the shit hit the fan. Inmates getting beat up, shot by rubber bullets, which broke ribs, shot with paint guns, ect. ect. All this happen of course – when the camera's were turned off. MCC staff were pushed out of the way. When they found a gun – forget about it. In the mid 80's – I done ten years in one of the toughest joints in the Feds. U.S.P. Lewisburg was no walk in the park. 20 to 25 murders there a year, kept people on there toes. Even then – the guards never acted as bad, as the guards that came inside MCC New York...

THE OUTSIDE YARD FOR RECREATION HERE AT MCC NEW YORK IS UP ON THE ROOF. THERE HAS NOT BEEN OUTSIDE YARD HERE SINCE ~~FEBRUARY~~ FEBRUARY 2020. THAT'S NOT RIGHT, NO FRESH AIR.

DIRECTOR, SORRY I TOOK UP SO MUCH OF YOUR TIME. SOMETHINGS MUST COME TO LIGHT, ~~AFTER~~ being in THE ~~DARK~~. GOD BLESS YOU. Be well, PEACE,

Sincerely
George Bratsenis
#07368-054
Semper Fi
3-28-2021

P.S. ENCLOSED, PLEASE FIND COPY OF MY LAST BLOOD TEST.

C.C. Family
    Lawyer
    Judge
    File



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** BRATSENIS, GEORGE | **Facility** MCC New York |
| **Reg #** 07368-014 | **Order Unit** E04-530L |
| **DOB** 01/10/1949 | **Provider** Diane Sommer, MD |
| **Sex** M | |

Collected 10/14/2020 15:11
Received 10/15/2020 11:52
Reported 10/15/2020 14:28
LIS ID   273201480

## CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Sodium | | 140 | 137-148 | mmol/L |
| Potassium | | 4.5 | 3.5-5.0 | mmol/L |
| Chloride | | 106 | 99-114 | mmol/L |
| CO2 | L | 17 | 22-30 | mmol/L |
| BUN | | 16 | 7-22 | mg/dL |
| Creatinine | | 1.09 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.5-10.9 | mg/dL |
| Glucose | H | 122 | 70-110 | mg/dL |
| AST | | 26 | 11-55 | U/L |
| ALT | | 13 | <50 | U/L |
| Alkaline Phosphatase | | 64 | 41-133 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.3 | mg/dL |
| Total Protein | | 7.1 | 6.0-8.2 | g/dL |
| Albumin | | 4.2 | 3.6-5.1 | g/dL |
| Globulin | | 3.0 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.40 | 1.00-2.30 | |
| Anion Gap | | 16.5 | 9.0-19.0 | |
| BUN/Creat Ratio | | 14.5 | 5.0-30.0 | |
| Cholesterol | | 140 | <200 | mg/dL |
| Triglycerides | H | 218 | 10-150 | mg/dL |
| HDL Cholesterol | L | 30 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 66 | 0-130 | mg/dL |
| Chol/HDL Ratio | H | 4.7 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| T4, Free | | 1.64 | 0.78-2.19 | ng/dL |
| PSA, Total | H | 8.350 | 0.064-4.000 | ng/mL |
| TSH | | 1.960 | 0.465-4.680 | uIU/mL |

## HEMATOLOGY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| WBC | | 7.7 | 4.3-11.1 | K/uL |
| RBC | | 5.25 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.8 | 13.6-17.6 | g/dL |
| Hematocrit | | 45.5 | 40.2-51.4 | % |

Robert Beaudouin, MD
Medical Officer
11/5/2020

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

Page 5.



# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

**Name** BRATSENIS, GEORGE  **Facility** MCC New York  **Collected** 10/14/2020 15:11
**Reg #** 07368-014  **Order Unit** E04-530L  **Received** 10/15/2020 11:52
**DOB** 01/10/1949  **Provider** Diane Sommer, MD  **Reported** 10/15/2020 14:28
**Sex** M  **LIS ID** 273201480

## HEMATOLOGY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| MCV |  | 86.7 | 82.5-96.5 | fL |
| MCH |  | 28.2 | 27.1-34.9 | pg |
| MCHC | L | 32.5 | 33.0-37.0 | g/dL |
| RDW-CV | H | 14.4 | 12.0-14.0 | % |
| Platelet |  | 239 | 130-374 | K/uL |
| MPV |  | 9.4 | 6.9-10.5 | fL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical