UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-cr-00034-JAM |
| V. | : | |
| GEORGE BRATSENIS | : | APRIL 16, 2021 |

## MOTION FOR ORDER

Pursuant to the Court's order of today's date the undersigned has completed his sentencing memorandum, but in in light of the Court's desire to hold a telephonic conference related to this matter either this evening or Monday morning, April 19, 2021, the Defendant, by and through counsel, requests leave to file it this coming Monday, April 19, 2021 after its telephonic conference.

WHEREFORE, the undersigned counsel respectfully requests until after the Court's telephonic conference, or at a time as the Court deems suitable to file his sentencing memorandum.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
GEORGE BRATSENIS

By /s/ ct20180
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
61 Cherry Street
Milford, CT 06460
Tel: (203) 380-1743, Fax: (203) 380-0293
E-mail: Chuck@charleskurmay.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

/s/ Charles L. Kurmay