# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:15-cr-00034-JAM |
| V. | : | |
| **GEORGE BRATSENIS** | : | MAY 6, 2021 |

## MOTION TO CONTINUE SENTENCING

The Defendant, by and through counsel, hereby respectfully requests that the Court extend the date of his sentencing hearing until the latter portion of June of 2021. This request is made after consultation with the Defendant and with his signed agreement, which is attached hereto and made a part hereof. This request provides the Defendant with necessary time to address sentencing issues with the Government, and to obtain remaining updated medical, and other records to address 3553(a) factors at sentencing. The Government does not object to the granting of this extension.

WHEREFORE, the undersigned counsel respectfully requests that the sentencing hearing in this matter be scheduled for a date in the latter portion of June 2021 in accordance with the Defendant's signed request attached hereto.

RESPECTFULLY SUBMITTED,

THE DEFENDANT
GEORGE BRATSENIS

By /s/ ct20180_____
CHARLES L. KURMAY, Esq.
THE LAW OFFICES OF CHARLES L. KURMAY
61 Cherry Street
Milford, CT 06460
Tel: (203) 380-1743, Fax: (203) 380-0293
E-mail: Chuck@charleskurmay.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021 a copy of the foregoing was filed electronically and served on anyone able to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of electronic filing or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF filing system.

/s/ Charles L. Kurmay