UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-CR-34 (JAM) |
| V. | : | |
| GEORGE BRATSENIS | : | MAY 3, 2021 |

I, George Bratsenis, after having consulted with my attorney, Charles Kurmay, hereby agree that my sentencing date currently scheduled for May 20, 2021 may be extended to June of 2021 so that I may make all preparations necessary for my sentencing.

*George Bratsenis #07368-024*

George Bratsenis
Date: 5/4/21